**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6073**

_____

NATHAN FISHER,

Plaintiff - Appellant,

versus

GREENVILLE COUNTY SHERIFF'S OFFICE; E. E.
WARE, Officer #515; T. D. HAMPTON, Officer; K.
D. DURHAM,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Solomon Blatt, Jr., Senior District
Judge. (CA-99-3473-2-08)

_____

Submitted: April 30, 2002               Decided: May 15, 2002

_____

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Nathan Fisher, Appellant Pro Se. Russell W. Harter, Jr., CHAPMAN,
HARTER & GROVES, P.A., Greenville, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nathan Fisher appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Fisher v. Greenville County Sheriff's Office, No. CA-99-3473-2-08 (D.S.C. Dec. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED